**Order entered June 24, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01226-CR

### ROGER ALLEN STULCE, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80196-2013**

## ORDER

The Court **REINSTATES** the appeal.

On May 18, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Mitchell Nolte; (3) counsel's explanation for the delay in filing his brief is his workload; and (4) the trial court recommends that counsel be granted until July 17, 2015 to file appellant's brief.

We **ORDER** appellant to file his brief by **FRIDAY, JULY 17, 2015**. We note that appellant's brief was originally due March 6, 2015, and appellant has already been granted one thirty-day extension of time to file his brief. Between April 5, 2015, when the brief was due, and May 18, 2015, when the appeal was abated, counsel neither sought an additional extension of

time nor communicated with the Court regarding the status of the brief. Therefore, no further extensions will be granted. If appellant's brief is not filed by the date and time specified, the court will utilize its available remedies, including ordering that Mitchell Nolte be removed as counsel and that new counsel be appointed to represent appellant.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court, and to counsel for all parties.

/s/ ADA BROWN
JUSTICE